**AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE PRINT.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**11-75658**

ROBERT MILTON KELLY JR
**NAME OF DEBTOR(S)**

155 HIGHAM GLEN COURT
**ADDRESS**

ALPHARETTA GA 30005
**CITY, STATE, ZIP**

CASE NO. _____

TELEPHONE NO. _____

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
**ANSWER:** YES ☐    NO ☒

SEP 02 2011 PM04:58

If someone did assist you, list their name and address:

_____
**NAME**

_____
**ADDRESS**

_____          _____
**CITY, STATE, ZIP CODE**            **TELEPHONE NUMBER**

M. REGINA THOMAS, CLERK
DEPUTY CLERK

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

Did the person assisting you charge or collect any money for helping you in any way?
**ANSWER:** YES ☐    NO ☒    IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
**ANSWER:** YES ☐    NO ☒

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____

_____[signature]_____
**PRO SE PETITIONER**

Subscribed and sworn to before me on the 2nd day of Sept, 2011

_____[signature]_____          _____
**NOTARY PUBLIC**              **DEPUTY CLERK**

J WILTZ
NOTARY PUBLIC
EXPIRES 03-27-2012
GWINNETT COUNTY, GEORGIA

F61 (psafdt)04/04